UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH D. MAY,<br>on behalf of himself and all others<br>similarly situated,<br>                Plaintiff<br><br>v.<br><br><br>PLYMOUTH COUNTY SHERIFF'S<br>DEPARTMENT, et al.,<br>                Defendants | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 10-11820<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), plaintiff Kenneth D. May and defendants Plymouth County Sheriff's Department and Joseph D. McDonald, Jr., hereby stipulate that this action is to be dismissed as to all defendants, without costs or fees to any party.

                Plaintiff, by:

                */s/Kenneth D. Quat*
                BBO #408640
                QUAT LAW OFFICES
                678 Massachusetts Avenue, Suite 702
                Cambridge MA 02139
                617-492-0522
                kquat@quatlaw.com

                Plymouth County Sheriff's Department
                Joseph D. McDonald, Jr., by:

                */s/Patrick C. Lee*
                24 Long Pond Road
                Plymouth MA 02360
                508-830-6287
                plee@pcsdma.org
                BBO#634980

Case 1:10-cv-11820-JCB   Document 13   Filed 03/04/11   Page 2 of 2

2

**Certificate of Service**

The undersigned certifies that the foregoing document has been served on all parties registered with the ECF system via electronic mail, and on all non-registered parties via first class mail, postage prepaid.

*/s/Kenneth D. Quat*

Dated: March 4, 2011

2